UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS WESLEY POE,

    Petitioner,                                      Civil No. 2:10-CV-13669
                                                    HONORABLE LAWRENCE P. ZATKOFF
v.                                             UNITED STATES DISTRICT JUDGE

RAYMOND BOOKER,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Lawrence P. Zatkoff, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on September 21, 2010.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Port Huron, Michigan, this 21st , day of September, 2010.

                                                                                           DAVID J. WEAVER
                                                                                            CLERK OF THE COURT

APPROVED:
                                                                                            BY: s/Marie E. Verlinde
                                                                                            DEPUTY CLERK

s/Lawrence P. Zatkoff
HON. LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT COURT JUDGE